1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00130-AWI-DLB |
| 12              Plaintiff, | STIPULATION AND DISCOVERY |
| 13       v. | PROTECTIVE ORDER BETWEEN DEFENDANTS AND THE UNITED STATES |
| 14  LUIS MIRABETE-PENA | |
|        aka Junior, | |
| 15  BENJAMIN APARACIO-PABLO, | |
|     OTHONIEL PARRA-GALLARDO, | |
| 16  FELIX SANTIAGO-MATIAS | |
|        aka Freddy, | |
| 17  MARCO ANTONIO ARIAS-SOLIS, | |
|     JENNY THANH NGUYEN, | |
| 18  UBALDO CASTILLO-HERNANDEZ, | |
|     DALIA REYES-SERAPIO, and | |
| 19  ERETZANDERT MORALES-LOZANO, | |
| 20              Defendants. | |
| 21 | |

22      WHEREAS, the discovery in this case is voluminous and contains a

23 large amount of personal information including, but not limited to

24 social security numbers, alien registration numbers, dates of birth,

25 telephone numbers, residential addresses, photographs, as well as

26 other forms of personal identification ("Protected Information"); and

27      WHEREAS, the parties desire to avoid both the necessity of large

28 scale redactions and the unauthorized disclosure or dissemination of

this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, plaintiff United States of America, by and through its counsel of record, and defendants LUIS MIRABETE-PENA, BENJAMIN APARACIO-PABLO, OTHONIEL PARRA-GALLARDO, FELIX SANTIAGO-MATIAS, MARCO ANTONIO ARIAS-SOLIS, JENNY THANH NGUYEN, UBALDO CASTILLO-HERNANDEZ, DALIA REYES-SERAPIO, and ERETZANDERT MORALES-LOZANO (the "defendants"), by and through their respective counsel of record, Dale Blickenstaff, Salvatore Sciandra, David Torres, Jon K. Renge, Richard A. Beshwate, Robert D. Wilkinson, Mark W. Coleman, Daniel A. Bacon, and Anthony P. Capozzi (collectively referred to as "Defense Counsel"), hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel, designated defense investigators, retained expert witnesses, and other support staff. Defense Counsel may permit their respective defendants to view unredacted documents in the presence of their respective attorneys, defense investigators and support staff. Defense counsel

personally, or through their investigators and support staff, may show unredacted documents to witnesses in regard to documents or events about which a witness may have personal knowledge. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel and their respective defense investigators and support staff may provide the respective defendants and witnesses with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. At the conclusion of the case, Defense Counsel will return the discovery to the Government or will certify that it has been shredded.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising their respective defendants, employees, witnesses, and other members of their respective defense teams of the contents of this Stipulation/Order.

7. In the event that any defendant herein substitutes counsel, the respective undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel
///
///

agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: May 11, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

Dated: May 11, 2012  /s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
LUIS MIRABETE-PENA

Dated: May 11, 2012  /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
BENJAMIN APARACIO-PABLO

Dated: May 11, 2012  /s/ David Torres
DAVID TORRES
Attorney for Defendant
OTHONIEL PARRA-GALLARDO

Dated: May 11, 2012  /s/ Jon K. Renge
JON K. RENGE
Attorney for Defendant
FELIX SANTIAGO-MATIAS

Dated: May 11, 2012  /s/ Richard A. Beshwate
RICHARD A. BESHWATE
Attorney for Defendant
MARCO ANTONIO ARIAS-SOLIS

Dated: May 11, 2012  /s/ Robert D. Wilkinson
ROBERT D. WILKINSON
Attorney for Defendant
JENNY THANH NGUYEN

```
Dated: May 11, 2012                    /s/ Mark W. Coleman
                                       MARK W. COLEMAN
                                       Attorney for Defendant
                                       UBALDO CASTILLO-HERNANDEZ


Dated: May 11, 2012                    /s/ Daniel A. Bacon
                                       DANIEL A. BACON
                                       Attorney for Defendant
                                       DALIA REYES-SERAPIO


Dated: May 11, 2012                    /s/ Anthony P. Capozzi
                                       ANTHONY P. CAPOZZI
                                       Attorney for Defendant
                                       ERETZANDERT MORALES-LOZANO
```

IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

**Dated:  May 14, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE