**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
OHTONIEL PARRA-GALLARDO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LUIS MIRABETE-PENA,<br>BENJAMIN APARACIO-PABLO,<br>OTHONIEL PARRA-GALLARDO,<br>FELIX SANTIAGO-MATIAS,<br>MARCO ANTONIO ARIAS-SOLIS,<br>JENNY THANH NGUYEN,<br>UBALDO CASTILLO-HERNANDEZ,<br>DALIA REYES-SERAPIO and<br>ERETZANDERT MORALES-LOZANO.<br><br>　　　　　　　Defendant, | Case No.: 12-CR-00130 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DATE TO SET JURY TRIAL DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: DENNIS L. BECK AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

　　　　On or about August 27, 2012 the Honorable Dennis L. Beck granted counsel's request to continue for further review of discovery amongst all counsel and to agree upon a future trial date.

　　　　Over the past couple of weeks, all counsel, herein, have diligently discussed several possible trial dates. All counsel have agreed upon a date of July, 2013, however, the sole

individual person disapproving of a trial date in July, 2013 is Mr. Mark Coleman's client, Ubaldo Castillo-Hernandez. Based upon the forgoing, all counsel request an additional two week deadline to September 28, 2012, to finalize a trial date, herein. Based upon the foregoing it is stipulated between all parties.

Dated: September 14, 2012  /s/Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
LUIS MIRABETE-PENA

Dated: September 14, 2011  /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
BENJAIN APARACIO-PABLO

Dated: September 14, 2012  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
OTHONIEL PARRA-GALINDO

Dated: September 14, 2012  /s/Jon Renge
JON RENGE
Attorney for Defendant
FELIX SANTIAGO-MATIAS

Dated: September 14, 2012  /s/ Richard A. Beshwate
RICHARD A. BESHWATE
Attorney for Defendant
MARCO ANTONIO ARIAS-SALAS

Dated: September 14, 2012  /s/ Robert Wilkinson
ROBERT WILKINSON
Attorney for Defendant
JENNY THANH NGUYEN

Dated: September 14, 2012  /s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Defendant
Dalia Reyes-Serapio

Dated: September 14, 2012        /s/ Anthony Capozzi
                                 ANTHONY CAPOZZI
                                 Attorney for Defendant
                                 ERETZANDERT MORLAES-LOZANO

Dated: September 14, 2012        /s/ Mark Coleman
                                 MARK COLEMAN
                                 Attorney for Defendant
                                 UBALDO CASTILLO HERNANDEZ

Dated: September 14, 2012        /s/ Christopher Baker
                                 CHRISTOPHER BAKER
                                 Assistant United States Attorney

# ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated: September 17, 2012**        **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE