| | |
|---|---|
| 1 | **LAW OFFICE OF DAVID A. TORRES** |
| | Attorney at Law, SBN 135059 |
| 2 | 1318 K Street |
| | Bakersfield, CA 93301 |
| 3 | Ph.: (661)326-0857 |
| | Fax.: (661) 326-0936 |
| 4 | e-mail: lawtorres@aol.com |
| 5 | Attorney for Defendant |
| | OHTONIEL PARRA-GALLARDO |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-CR-00130 AWI |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO SET TRIAL DATE** |
| vs. | |
| LUIS MIRABETE-PENA, BENJAMIN APARACIO-PABLO, OTHONIEL PARRA-GALLARDO, FELIX SANTIAGO-MATIAS, MARCO ANTONIO ARIAS-SOLIS, JENNY THANH NGUYEN, UBALDO CASTILLO-HERNANDEZ, DALIA REYES-SERAPIO and ERETZANDERT MORALES-LOZANO. | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: DENNIS L. BECK AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** counsel for all defendants through their attorney of record and hereby files a stipulation and proposed order requesting the Jury Trial be set for February 26, 2013, counsel estimates trial to last 10 days. This is a mutual agreement between all counsel and AUSA Christopher Baker.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2012 | /s/Dale Blickenstaff |
| 2 | | DALE BLICKENSTAFF |
| | | Attorney for Defendant |
| 3 | | LUIS MIRABETE-PENA |

Dated: September 27, 2012        /s/ Salvatore Sciandra
                                 SALVATORE SCIANDRA
                                 Attorney for Defendant
                                 BENJAIN APARACIO-PABLO

Dated: September 27, 2012        /s/ David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 OTHONIEL PARRA-GALINDO

Dated: September 27, 2012        /s/Jon Renge
                                 JON RENGE
                                 Attorney for Defendant
                                 FELIX SANTIAGO-MATIAS

Dated: September 27, 2012        /s/ Richard A. Beshwate
                                 RICHARD A. BESHWATE
                                 Attorney for Defendant
                                 MARCO ANTONIO ARIAS-SALAS

Dated: September 27, 2012        /s/ Robert Wilkinson
                                 ROBERT WILKINSON
                                 Attorney for Defendant
                                 JENNY THANH NGUYEN

Dated: September 27, 2012        /s/ Mark W. Coleman
                                 MARK W. COLEMAN\
                                 Attorney for Defendant
                                 UBALDO CASTILLO-HERNANDEZ

Dated: September 27, 2012        /s/ Daniel A. Bacon
                                 DANIEL A. BACON
                                 Attorney for Defendant
                                 Dalia Reyes-Serapio

| | |
|---|---|
| Dated: September 27, 2012 | /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>ERETZANDERT MORLAES-LOZANO |
| Dated: September 27, 2012 | /s/ Christopher Baker<br>CHRISTOPHER BAKER<br>Assistant United States Attorney |

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

| | |
|---|---|
| **Dated: October 9, 2012** | /s/ **Dennis L. Beck**<br>UNITED STATES MAGISTRATE JUDGE |