1 | BENJAMIN B. WAGNER
United States Attorney
2 | CHRISTOPHER D. BAKER
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00130-AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO SET CHANGE OF |
| | ) PLEA HEARING AND PROPOSED |
| v. | ) ORDER |
| | ) |
| JENNY THANH NGUYEN, | ) Trial Date: January 22, 2013 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a Change of Plea hearing be scheduled for Tuesday, January 22, 2013, at 10:00 a.m. A Memorandum of Plea Agreement was filed on January 10, 2013.

////
////
////
////
////

Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.

Dated: January 10, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

Dated: January 12, 2013  /s/ Robert D. Wilkinson
ROBERT D. WILKINSON
Attorney for Defendant
JENNY THANH NGUYEN

**O R D E R**

**IT IS HEREBY ORDERED** that the Change of Plea hearing be scheduled for January 22, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 11, 2013

UNITED STATES DISTRICT JUDGE