1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  CASE NO. 1:12-CR-00130-AWI
                                    )
12           Plaintiff,              )  STIPULATION TO SET CHANGE OF
                                    )  PLEA HEARING AND ORDER
13       v.                         )
                                    )
14 LUIS MIRABETE-PENA, aka Junior,  )
   BENJAMIN APARACIO-PABLO,         )
15 OTHONIEL PARRA-GALLARDO, and     )
   FELIX SANTIAGO-MATIAS, aka       )
16 Freddy, et al.,                  )
                                    )
17           Defendants.             )
                                    )
18                                   )

19

20

21    **IT IS HEREBY STIPULATED** by and between the parties hereto, and

22 through their respective attorneys of record herein, that a Change of

23 Plea hearing be scheduled for defendants LUIS MIRABETE-PENA, BENJAMIN

24 APARACIO-PABLO, OTHONIEL PARRA-GALLARDO and FELIX SANTIAGO-MATIAS on

25 March 4, 2013, at 10:00 a.m.  A Memorandum of Plea Agreement for each

26 defendant has been filed.

27 ///

28
              Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.

Dated: February 21, 2013　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ Christopher D. Baker
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: February 21, 2013　　　　　　　　/s/ Salvatore Sciandra
　　　　　　　　　　　　　　　　　　　　SALVATORE SCIANDRA
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　BENJAMIN APARACIO-PABLO

DATED: February 21, 2013　　　　　　　　/s/ David Torres
　　　　　　　　　　　　　　　　　　　　DAVID TORRES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　OTHONIEL PARRA-GALLARDO

DATED: February 21, 2013　　　　　　　　/s/ Jon Renge
　　　　　　　　　　　　　　　　　　　　JON RENGE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　FELIX SANTIAGO-MATIAS

DATED: February 21, 2013　　　　　　　　/s/ Dale Blickenstaff
　　　　　　　　　　　　　　　　　　　　DALE BLICKENSTAFF
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　LUIS MIRABETE-PENA

**O R D E R**

**IT IS HEREBY ORDERED** that a Change of Plea hearing be scheduled for March 4, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:　February 21, 2013

　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE