Robert D. Wilkinson  #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for JENNY THANH NGUYEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNY THANH NGUYEN,<br><br>　　　　Defendant. | CASE No. 1:12-cr-00130-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING (Local Rule 143)**<br><br>Judge:　Hon. Anthony W. Ishii<br>Date:　　April 8, 2013<br>Time:　　10:00 a.m.<br>Crtrm.:　2 |

　　　　WHEREAS pursuant to the Plea Agreement in this matter Defendant Jenny Nguyen may move for a downward departure in sentencing based on United States Sentencing Guidelines §§ 5K2.13 (diminished capacity), 5H1.2 (education and vocational skills) and 5H1.3 (mental and emotional conditions); and,

　　　　WHEREAS the parties dispute whether Ms. Nguyen should be given a downward departure on the above stated grounds; and

　　　　WHEREAS the parties have retained experts who authored reports that are attached to the Presentence Investigation Report (PSR); and

　　　　WHEREAS Ms. Nguyen and her counsel need additional time to obtain additional evidence necessary to support her contention that she is eligible for such a departure, and the

1. government will require sufficient time to review and respond to any such additional evidence;

2. The parties hereto, by and through authorized counsel, HEREBY STIPULATE that the sentencing hearing currently scheduled in this matter for April 8, 2013 at 10:00 a.m. in Courtroom 2 may be continued to June 3, 2013, at 1:30 p.m. in Courtroom 2, or to a date and time thereafter convenient to the Court. The parties stipulate that formal objections and sentencing memorandums shall be filed with the Court one week before the new sentencing date.

DATED: April 1, 2013                         BENJAMIN B. WAGNER
                                             United States Attorney


                                             By: /s/ Christopher D. Baker
                                             Christopher D. Baker
                                             Assistant U.S. Attorney
                                             Attorneys for Plaintiff


DATED: April 1, 2013                         BAKER MANOCK & JENSEN, PC


                                             By: Robert D. Wilkinson
                                             Robert D. Wilkinson
                                             Attorneys for Defendant JENNY NGUYEN

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from April 8, 2013, at 10:00 a.m. to June 3, 2013 at 1:30 p.m. in Courtroom 2, and that formal objections and sentencing memorandums shall be filed with the Court one week before that date.

IT IS SO ORDERED.

Dated: April 2, 2013

_____
SENIOR DISTRICT JUDGE