**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OTHONIEL PARRA-GALLARDO,<br><br>　　　　　Defendant | Case No.1;12-CR-00130 AWI-BAM<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, OTHONIEL PARRA-GALLARDO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing that is currently set on May 13, 2013 at 10:00 a.m. be advanced to Monday, May 6, 2013.

　　I am scheduled to be out of state from May 10, 2013 through May 16, 2013 to attend my daughters' graduation. I have spoken to AUSA Christopher Baker, he has no objection to advancing this matter.

//

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 25, 2013				Respectfully Submitted,

						*/s/ David A Torres*
						DAVID A. TORRES
						Attorney for Defendant
						Othoniel Parra-Gallardo


DATED: April 25, 2013				*/s/Christopher Baker*
						CHRISTOPHER BAKER
						Assistant U.S. Attorney

**IT IS SO ORDERED** that the Sentencing Hearing be advanced to Monday, May 6, 2013.

IT IS SO ORDERED.

Dated: April 25, 2013

_____
SENIOR DISTRICT JUDGE