JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
FELIX SANTIAGO-MATIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00130 AWI-DLB |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| FELIX SANTIAGO-MATIAS, | |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Christopher D. Baker, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Felix Santiago-Matias, that the sentencing hearing in the above-referenced matter now set for May 13, 2013 may be continued to June 17, 2013 at 10:00 A.M.

This continuance is requested by counsel for the Defendant because additional time is needed to research sentencing issues pertinent to this case. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                       BENJAMIN B. WAGNER
                                                       United States Attorney

DATED: May 9, 2013                     By: /s/ CHRISTOPHER D. BAKER
                                                            Assistant United States Attorney

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: May 9, 2013 | By: /s/ JON K. RENGE |
| 4 | | Attorney for Defendant |
| 5 | | FELIX SANTIAGO MATIAS |

**O R D E R**

IT IS SO ORDERED.

Dated: May 9, 2013

_____
SENIOR DISTRICT JUDGE