Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant JENNY THANH NGUYEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNY THANH NGUYEN,<br><br>    Defendant. | CASE No. 1:12-cr- 00130 AWI<br><br>**EX PARTE MOTION TO EXONERATE BOND; DECLARATION; ORDER THEREON**<br><br>Judge:   Hon. Anthony W. Ishii |

This Court pronounced Judgment in this case on June 10, 2013. Ms. Nguyen was placed on twelve (12) months probation. Defendant has not been in custody.

On April 26, 2012, defendant was ordered released on $10,000.00 cash bond and released into the custody of third party custodian Charles Michael Thompson. On April 26, 2012, $10,000.00 cash bond was paid to the Court by Lilly Nguyen, Receipt # CAE100018702.

It is respectfully requested that bond be exonerated.
DATED: June 25, 2013

                        BAKER MANOCK & JENSEN, PC


                        By: /s/ Robert D. Wilkinson
                        Robert D. Wilkinson
                        Attorneys for Defendant

/ / /

1317272v1

## DECLARATION OF ROBERT D. WILKINSON

I, ROBERT D. WILKINSON, declare as follows:

1. I am a member of the Criminal Justice Act Panel in this district. I am the attorney representing Ms. Jenny Thanh Nguyen in this case. I have represented her since April, 2012.

2. On April 26, 2012, defendant was ordered released on an unsecured bond in the amount of $10,000.00. On April 26, 2012, defendant was released. On April 26, 2012, a cash bond in the amount of $10,000.00 was posted by Lilly Nguyen the true owner of said funds and who was named as surety on said cash bond.

3. On June 10, 2013, defendant was sentenced. She was placed on twelve (12) months probation.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on June 24, 2013, at Fresno, California.

By: /s/ Robert D. Wilkinson
ROBERT D. WILKINSON

## **ORDER**

IT IS SO ORDERED. Cash bond in the amount of $10,000.00 (Receipt #CAE100018702 ) is hereby exonerated. Said funds shall be reimbursed to Lilly Nguyen, surety and owner of said funds pursuant to Statement of Ownership of Cash Bond filed April 26, 2012.

IT IS SO ORDERED.

Dated: June 26, 2013

SENIOR DISTRICT JUDGE